**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 10-7027**

─────────────

UNITED STATES OF AMERICA,

             Plaintiff - Appellee,

      v.

MICHAEL TAYLOR,

             Defendant - Appellant.

─────────────

Appeal from the United States District Court for the Western District of North Carolina, at Bryson City.    Martin K. Reidinger, District Judge. (2:99-cr-00013-MR-1)

─────────────

Submitted: October 14, 2010        Decided: October 22, 2010

─────────────

Before MOTZ, KING, and DAVIS, Circuit Judges.

─────────────

Affirmed by unpublished per curiam opinion.

─────────────

Michael Taylor, Appellant Pro Se.   David Alan Brown, Sr., Assistant United States Attorney, Charlotte, North Carolina, for Appellee.

─────────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Michael Taylor appeals the district court's order denying his motion for the return of restitution payments. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Taylor, No. 2:99-cr-00013-MR-1 (W.D.N.C. July 12, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED